IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DOUG LANEY, GARY MCANALLY** | § | |
| **AND CHRIS MORGAN** | § | |
| **Individually and on behalf** | § | |
| **of all others similarly situated** | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 6:18-cv-497-JDK-KNM |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **CLEMENTS FLUIDS MANAGEMENT, LLC.,** | § | **COLLECTIVE ACTION** |
| **CLEMENTS FLUIDS SOUTH TEXAS, LTD.** | § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **AND CLEMENTS FLUIDS** | § | |
| **HENDERSON, LTD.** | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF RULE 68 OFFER OF JUDGMENT ACCEPTANCE

1.      Plaintiff Gary McAnally hereby provides notice to the Court of Defendants' Rule 68 offer of judgment, which is attached hereto as Exhibit A. Plaintiff's acceptance of the Rule 68 offer of judgment is attached hereto as Exhibit B. Proof of service of Plaintiff's acceptance of the Rule 68 offer of judgment is attached hereto as Exhibit C.

2.      Plaintiff request that the Clerk promptly enter judgment in favor of Plaintiff, Gary McAnally and against Defendants per the terms of the accepted offer of judgment. A proposed judgment is attached hereto as Exhibit D.

Respectfully submitted,


/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
HOMMEL LAW FIRM
1404 Rice Road, Suite 200
Tyler, Texas 75703
903-596-7100
469-533-1618 Facsimile
bhommel@hommelfirm.com


**ANDERSON ALEXANDER, PLLC**

/s/ *William Clifton "Clif" Alexander*
William Clifton "Clif" Alexander
State Bar No. 24064805
810 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone (361) 452-1279
Facsimile: (361) 452-1284
cliff@a2xlaw.com

**ATTORNEYS FOR THE PLAINTIFFS**