IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DOUG LANEY, GARY MCANALLY AND CHRIS MORGAN** Individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>**CLEMENTS FLUIDS MANAGEMENT, LLC., CLEMENTS FLUIDS SOUTH TEXAS, LTD., AND CLEMENTS FLUIDS HENDERSON, LTD.**<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § | **CASE NO. 6:18-CV-497-JDK-KNM**<br><br>**JURY TRIAL DEMANDED**<br>**COLLECTIVE ACTION**<br>**PURSUANT TO 29 U.S.C. § 216(b)** |

## JUDGMENT

Before the Court is Plaintiff Gary McAnally's Notice of Rule 68 Offer of Judgment Acceptance (Doc. No. 33). Having considered the matter, the Court is of the opinion that judgment should be entered as follows:

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff Gary McAnally recover from Defendants herein the total sum of $27,080.00 apportioned for unpaid wages representing overtime compensation, any multiplier, liquidated damages, and punitive damages in the amount of $7,080.00, and attorneys' fees and appropriate costs accumulated to date in the amount of $20,000.00.

All relief not granted herein is denied.

So **ORDERED** and **SIGNED** this **14th** day of **January, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE