**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **DOUG LANEY, et al.** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 6:18-cv-00497** |
| | § | |
| **CLEMENTS FLUIDS MANAGEMENT, LLC., et al.** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**NOTICE OF SETTLEMENT**

Plaintiff/Opt-Ins Doug Laney, Sydney B Hamblin, Bryan McKnight and Albert Villalobos, and Defendants Clements Fluids Management, LLC, Clements Fluids South Texas, Ltd., and Clements Fluids Henderson, Ltd. respectfully file and submit this, their Notice of Settlement as follows:

Plaintiff/Opt-Ins and Defendants have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. In exchange for the receipt by the Plaintiff/Opt-Ins as well as their attorneys of record, of the total amount of $25,000.00, the foregoing have agreed and will execute an appropriate Settlement Agreement and Release by which the Defendants are released from any and all liability, including attorneys' fees and court costs.[1] Accordingly, the controversy existing with respect to the above-referenced and numbered cause no longer exists and the issues requiring resolution are now moot. Counsel for Plaintiff/Opt-

[1] The settlement amount involved suggests and evidences the fact that this is a nuisance value settlement, by definition. The Defendants have steadfastly and consistently denied any and all liability to the referenced Plaintiff/Opt-Ins.

Ins and Defendants shall submit an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal to this Honorable Court immediately upon the consummation of the settlement.

For these reasons, Opt-In/Plaintiffs and Defendants request that this Honorable Court terminate and cancel any and all proceedings presently occurring or scheduled to occur with respect to the above-referenced and numbered cause pending the consummation of a settlement, whereupon an Agreed Motion to Dismiss and proposed Agreed Order of Dismissal shall be presented to the Court.

Dated: April 8, 2020

Respectfully Submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Daniel D. Pipitone*

**Daniel D. Pipitone**
State Bar No. 16024600
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
dpipitone@munsch.com

OF COUNSEL:
**Amber L. Karns**
State Bar No. 24080669
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
akarns@munsch.com

**FLOWERS DAVIS, PLLC**

By: */s/ Lee I. Correa*
**Lee I. Correa**
State Bar No. 24072049
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
Telephone (903) 534-8063
Facsimile: (903) 534-1650
lic@flowersdavis.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 8, 2020.

*/s/ Daniel D. Pipitone*
DANIEL D. PIPITONE