IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DOUG LANEY, et al.,<br>　　　Plaintiffs,<br><br>v.<br><br>CLEMENTS FLUIDS MANAGEMENT,<br>LLC., et al.,<br>　　　Defendants. | §<br>§<br>§　　CASE NO. 6:18-cv-497-JCB-KNM<br>§<br>§<br>§<br>§<br>§ |

# ORDER

Before the Court is the parties' Notice of Settlement (Doc. No. 114). The parties notified the Court that a settlement has been reached between Plaintiffs Doug Laney, Sydney B. Hamblin, Bryan McKnight, and Albert Villalobos and Defendants Clements Fluids Management, LLC, Clements Fluids South Texas, Ltd., and Clements Fluids Henderson, Ltd. The parties state that they have agreed to terms of settlement and will execute a Settlement and Release. The parties further request that all deadlines be terminated. It is therefore

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary to close this case within sixty (60) days from the date of this Order. If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice. Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated. It is further

**ORDERED** that all pending deadlines are **STAYED** and that a status conference is **SET** for Wednesday, June 10, 2020 at 10:00 a.m. before Judge K. Nicole Mitchell.  If the parties file

the necessary closing paperwork by the above-scheduled deadline, the status conference shall be cancelled.

So ORDERED and SIGNED this 9th day of April, 2020.

*K. Nicole Mitchell*
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE